United States District Court

District of Minnesota

| | | |
|---|---|---|
| City of St. Paul;<br>　　　　　Respondent<br>v.<br><br>Mrs. Sharon Anderson;<br>　　　　　Appellant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF REMOVAL AND<br>REMOVAL TO FEDERAL COURT<br>AND PETITION FOR IMMEDIATE,<br>TEMPORARY INJUNCTIVE RELIEF<br>BARRING TRIAL IN STATE COURT**<br><br>State Court File: T7-99-021661<br><br>Federal Court File: 06-1607 JMR/FLN |

TO:　1. St. Paul Water Board
　　　2. St. Paul City Attorney
　　　3. United States District Court, 316 South Robert Street, St. Paul, MN　　55101

　　　PLEASE TAKE NOTICE that the Appellant, removes the above cited criminal proceeding against the Appellant in Dakota County District Court, citing federal jurisdiction for this removal under authority of Article 1, Section 1, of the United States Constitution, the First, Fourth, Fifth, Sixth and Fourteenth Amendments of the United States Constitution, the Americans with Disabilities Act, Title 42, U.S.C., §1983, Title 18. U.S.C., and pursuant to authority of <u>Lewellyn . Raff</u>, 843 F.2d, 1103 and other related cases in the same disposition; and moves this court to issue temporary injunctive relief barring further litigation and trial in state court and further illegal police searches, at the earliest date by the courts motion or as soon as may be assigned for hearing.  So moved:

　　　1) because the agency have filed absurd and ambiguous administrative charges in administration of wayter utilites, unlawfully; with the sole intention of harassing Appellant and retaliating against Appellant for exercising Appellant's constitutional rights under Amendments I, IV, V and VI of the Constitution of the United States, generally over the past twelve years, and in successful defense of other similar criminal charges filed expressly to harass Appellant and retaliate against Appellant.


SCANNED
APR 27 2006
U.S. DISTRICT COURT MPLS

  2) because the agency have filed the charges, and refused to give the appear of due process by filing an appeals summary;; with the sole purpose and intent of the agency is the harassing of Appellant and retaliating against Appellant for exercising Appellant's constitutional rights under Amendments I, IV, V and VI of the Constitution of the United States, generally over the past twenty years, and which may relate to:

  a) Specificity of a criminal accusation;- <u>United States v. Cruikshank</u>, 92 U.S. 542 at 558 (1876), quoted and reaffirmed in <u>Russell v. United States</u>, 369 U.S. 749 at 763 (1962) and <u>State v. Gross</u>, 387 N.W. 2d 182 (Minn. App. 1986)

  b) Right to advocates or counsel at all stages of the proceeding

  3) because the various individuals working for the City of St. Paul, are acting with the exclusive purpose of:

  a) selectively and vindictively requiring the Appellant to allow wanton access to her home, violating her rights to prvacy, whejn this is not being done to other residents

  b) attempted to terrorize the Appellant, ignoring her protected status as a senior and someone with a disability, subject the Appellant to discriminatory and cruel treatment because of Appellant's disability,

The Appellant requests that she be granted relief in the form of:

  1) an injunction temporarily restraining further criminal proceedings and trial in Dakota County District Court to prevent; irreparable harm to the Appellant, who suffers from Post Traumatic Stress Disorder pursuant to years of harassment and threat by the various individuals working for the City of St. Paul, and which medical condition the said agency is aware of.

  2) an injunction restraining the various individuals working for the City of St. Paul from coming onto Appellant's property without demonstrable probable cause.

  3) a order granting the Appellant attorneys fees and costs for defending the specious and retaliatory actions in state and federal court.

That the Appellant relies upon the entire record in this matter.

April 18, 2006

                                           _____
                                           Mrs. Sharon Anderson,
                                           Appellant/Appellant

                                           Mrs. Sharon Anderson
                                           697 Surrey, St. Paul, MN
                                           V: 651 776 5835 or 651 457 4376/776 5835