06-1607 JMR/FLN

## United States District Court

### District of Minnesota

|  |  |  |
|---|---|---|
| _____ | ) | APPELLANT'S AFFIDAVIT RE: |
|  | ) | MOTION REQUESTING LEAVE |
|  | ) | TO PROCEED IN FORMA PAUPERIS |
|  | ) | REGARDING APPELLANT'S |
| City of St. Paul; | ) | NOTICE OF REMOVAL AND |
| Plaintiffs, Respondent | ) | REMOVAL TO FEDERAL COURT |
| v. | ) | AND PETITION FOR IMMEDIATE, |
|  | ) | TEMPORARY INJUNCTIVE RELIEF |
| Mrs. Sharon Anderson; | ) | BARRING TRIAL IN STATE COURT |
| Appellant, Appellant) | ) |  |
|  | ) | Administrative Court File: none |
|  | ) |  |
|  | ) | Federal Court File: _____ |

State of Minnesota  )SS

County of Dakota  )SS

Affiant, Mrs. Sharon Anderson, having been duly sworn upon oath, deposes and says:

That Affiant is indigent and in receipt of SSDI for disability.

Subscribed to and sworn before me

this _22_ day of April, 2006.

_____
Mrs. Sharon Anderson

_Krishna Dasgupta_
Notary Public


KRISHNA DASGUPTA
Notary Public-Minnesota
My Commission Expires Jan 31, 2007



Krishna Dasgupta
Branch Manager

Suburban Byerly's Office
EP-MN-0912
1959 Suburban Avenue
St. Paul, MN 55119
(651) 702-5577
(651) 702-5573 Fax
(612) 872-2657 24-hr service
krishna.dasgupta@usbank.com


usbank.
Five Star Service Guaranteed

usbank.com

SCANNED
APR 2 7 2006
U.S. DISTRICT COURT MPLS

Subj: **Fwd: Water 2ndcomplaint_11.pdfShutting off Water697 Surrey near 208 Bates**
Date: 4/11/2006 7:24:32 P.M. Central Daylight Time
From: Sharon4Anderson
To: Shewolfeagle, rca@co.ramsey.mn.us, attorney.general@state.mn.us, tim.pawlenty@state.mn.us, askdoj@usdoj.gov, dave.thune@ci.stpaul.mn.us, debbie.montgomery@ci.stpaul.mn.us, pat.harris@ci.stpaul.mn.us, mranfang@hotmail.com, schneider@ci.stpaul.mn.us, nathan.stublaski@ci.stpaul.mn.us, will.rossbach@ci.stpaul.mn.us, gregory.kleindl@ci.stpaul.mn.us, steve.schneider@ci.stpaul.mn.us, john.zanmiller@ci.west-saint-paul.mn.us, steve.gleason@ci.stpaul.mn.us, dave.wagner@ci.stpaul.mn.us, dave.schuler@ci.stpaul.mn.us, afriedrich@pioneerpress.com, jim.graupmann@ci.stpaul.mn.us, waterinquiries@ci.stpaul.mn.us, age@ajtkinage.com, andy.peacock@att.net, andy@driscollgroup.com, Barry.LaGrave@house.mn, bca.info@state.mn.us, bic@cullenhomes.com, bob.dahm@state.mn.us, bob.fletcher@co.ramsey.mn.us, bob.kessler@ci.stpaul.mn.us, bobbljohnson@comcast.net, bsalisbury@pioneerpress.com, cdefiebre@startribune.com, charles.balck@co.ramsey.mn.us, cherylhilyar@yahoo.com, claszewski@pioneerpress.com, communityreporter@yahoo.com, curt.brown@startribune.com, dan.bostrom@ci.stpaul.mn.us, dan.lundstrom@courts.state.mn.us, darwin.lookingbill@co.ramsey.mn.us, dboxmeyer@comcast.net, dgrow@startribune.com, eadickinson@mindspring.com, info@johnsonforag.org, jay.benanav@ci.stpaul.mn.us, jragsdale@pioneerpress.com, mzack@startribune.com, pgustafson@startribune.com, pikessler@wcco.cbs.com, polichicks@am1500.com, revisor@revisor.leg.state.mn.us, rrosario@pioneerpress.com, scoop@pioneerpress.com
CC: john.harrington@ci.stpaul.mn.us

---

Forwarded Message:
Subj: **Re: Water 2ndcomplaint_11.pdfShutting off Water697 Surrey near 208 Bates**
Date: 4/11/2006 7:10:35 P.M. Central Daylight Time
From: Sharon4Anderson
To: Lisa.Veith@ci.stpaul.mn.us, russell.anderson@courts.state.mn.us, fred.grittner@courts.state.mn.us
CC: John.Choi@ci.stpaul.mn.us, Pat.Harris@ci.stpaul.mn.us, Dave.Marruffo@ci.stpaul.mn.us, John.Marshall@ci.stpaul.mn.us, Steve.Schneider@ci.stpaul.mn.us

*Right-click picture(s) to display picture options*

# AFFIDAVIT OF VA WIDOW
# SHARON SCARRELLA ANDERSON

## UNDER PENALITY OF PERJURY  DATED 11Apr06
6:35pm

| ID | LName | FName | MName | Suffix | City | State |
|---|---|---|---|---|---|---|
| 0205060 | VEITH | LISA | LYNN | | ST PAUL | MN |

**Receipt of Legal Opinion of City Attorney LisaLyn Veith sent by Electric Filings: Word format. letter head of Mayor Chris B. Coleman, John J. Choi encompassed in the attachment pdf format.**

### COUNT I  645. 08 Canons of construction
MS645.08 Canons of Construction

Tuesday, April 11, 2006 America Online: Sharon4Anderson

. In construing the statutes of this state, the following canons of interpretation are to govern, unless their observance would involve a construction inconsistent with the manifest intent of the legislature, or repugnant to the context of the statute:

      A. Veith Affidavit is vague,conflicting as to who She represents the lack of Lawyers ID on Legal correspondance is Lisa Lynn Veith - a St Paul. Minnesota (MN) Personal Injury Plantiff Lawyer pervase/neglience.

      B. Veith apparantly is a city employee, representing the NonProfit Title 26 501(c)3 entity of St. Paul Water Commissioners double dipping for her tax supported Salary?

      C. Water Meter malfunction is a False Statement, Veith is not an expert witness or licensed engineer.

      D. Personal Emotional opinions by Veith is not in the interest of justice, as the undersign fully knows what she is doing, had a Plumber who stated the city is harrassing you, Be careful they only have to replace the Outside box.

      E. Sec. 91.12 of Leg Code is not applicable as no Violation except the Water Utilities refuse's to replace the outside Black Box.

      F. Veith further states * * * Notice of Posting * * * without defining Posting When,Where,Time,By Whom For What............Internet Posting? Chapter 46 is cited. provide a copy or URL link of "Posting"

      G. Again the undersign states under Oath the inside Meter is working just fine...................Meter read today as told to Janet Lindgren Secretary of the Board is <u>092189</u> at 1:05 pm.....................

      H. Dave Marruffo has never sent by e-mail a date,time for a hearing in fact he has medical problems which he told affiant. No offer was presented in writing, Therefore no offer was rejected.

      I. The Law does provide for www.puc.com as the outside meter has an electrical wire attached. Jurisdictional question.

      Further Affiant sayeth not at this time: Veith's questionable letter,opinion,Affidavit is subjected to Supreme Court Review for Disbarment.

      Affiant futher states she is surrounded by 8 vacant buildings, plus 4 more in a 4 block radius................Apparently this is a Targeted Neighborhood Therefore Demand Just Compensation of $133 thous + Triple Damages for

Tuesday, April 11, 2006 America Online: Sharon4Anderson

**Intentional Infliction of Emotional Stress on the Disabled, Seniors, Vunerable, reduced to Poverty without Quiet Titles.**

S/t 22Apr06

*/s/ Sharon Anderson*

**VOTE SHARON ANDERSON ATTORNEY GENERAL telfx: 651-776-5835**
**P165913sa1299**

CM/ECF Sharon Anderson's Legal Blog Briefs AOL Olmstead v. US 2nd Law breaker Vistor America I.R. v. Citibank 90USE 40/12/26 T agend to Harrasment victims As [illegible]

---

Krishna Dasgupta
Branch Manager

Suburban Byerly's Office
EP-MN-0912
1959 Suburban Avenue
St. Paul, MN 55119
(651) 702-5577
(651) 702-5573 Fax
(612) 872-2657 24-hr service
krishna.dasgupta@usbank.com

usbank.com

**usbank**
Five Star Service Guaranteed

---

MINNESOTA DRIVER'S LICENSE
SHARON LEA ANDERSON
1058 SUMMIT AVE
ST PAUL, MN 55104
Date of Birth 01-27-1939
Sex F   Eyes BLU   Class D
Height 5-6   Weight 155   DONOR
ISSUED 01-2005   EXPIRES 01-27-2009
M243104164509

---

*Notary*
Sat.
22 Apr 06

*Krishna Dasgupta*

**KRISHNA DASGUPTA**
Notary Public-Minnesota
My Commission Expires Jan 31, 2007

Tuesday, April 11, 2006 America Online: Sharon4Anderson

| Form **211** (Rev. December 1986) Department of the Treasury Internal Revenue Service | **Application for Reward for Original Information** | OMB Clearance No 1545-0409 Expires 11/30/89 Claim Number |
|---|---|---|

This application is voluntary and the information requested enables us to determine and pay rewards. We use the information to record a claimant's reward as taxable income, and to identify any tax outstanding (including that on a return filed jointly with a spouse) against which the reward would first be applied. We need social security numbers on this application in order to process it. Not providing the information requested may result in the suspension of the processing of this application. Our authority for asking for the information on this form is derived from 26 USC 6001, 6109, 6011, 7623, 7802, and 5 USC 301.

Name of claimant: **SHARON ANDERSON** VA Widow Disabled
Social security number: 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

Name of spouse: **Bill Dahn** Disabled
Social security number: 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

Address, including ZIP code: PO Box 4384 - St. Paul, MN. 55104-0384

I am applying for a reward, in accordance with the law and regulations, for original information furnished, which led to the detection of a violation of the internal revenue laws of the United States and which also led to the collection of taxes, penalties, fines, and forfeitures. I was not an employee of the Department of the Treasury at the time I came into possession of the information nor at the time I divulged it.

Name of IRS employee to whom violation was reported: Clerk Rich Sletten - US Dist Ct.
Title: Clerk
Date violation reported: 25 Apr 06

Name of taxpayer who committed the violation: Matt Hufang (DBA) St. Paul Water - District Energy - E Democracy - CENTEX Mortg

Address, including ZIP code: 1635 Bayard Ave - St. Paul 55116 - 651-274-9160
1900 Rice St. - McQueen Center St. Paul, MN 55113-6810

Under penalties of perjury, I declare that I have examined this application and my accompanying statements, if any, and to the best of my knowledge and belief they are true, correct, and complete. I understand the amount of any award will represent what the District or Service Center Director considers appropriate in this particular case.

/S/ Sharon Anderson  /S/ Bill Dahn        Date: 25 Apr 06

---

The following is to be completed by the Internal Revenue Service

**Allowance of Reward**

| District | Sum recovered $ | Amount of reward |
|---|---|---|
| | | |

In consideration of the original information that was furnished by the claimant named above, which concerns a violation of the internal revenue laws and which led to the collection of taxes, penalties, fines, and forfeitures in the sum shown above, I approve payment of a reward in the amount stated.

Signature of Service Center Director | Date

---

**Paperwork Reduction Act Notice**

The Paperwork Reduction Act of 1980 says we must tell you why we are collecting this information, how we will use it, and whether you have to give it to us. We ask for the information to carry out the Internal Revenue laws of the United States. We need it to ensure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax. You are required to give us this information.

Form 211 (Rev. 12-86)

*U.S.GPO:1987-0-181-457/54567

*Midwest Fed S+L*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT Cr. 4-90-82 |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. §371) |
| | ) | (18 U.S.C. §657) |
| v. | ) | (18 U.S.C. §1001) |
| | ) | (18 U.S.C. §1006) |
| HAROLD WIGHT GREENWOOD, JR., | ) | (18 U.S.C. §1341) |
| CHARLOTTE ELIZABETH MASICA, | ) | (18 U.S.C. §1343) |
| DONALD JAMES SNEDE, and | ) | (18 U.S.C. §1503) |
| ROBERT ARNOLD MAMPEL, | ) | (18 U.S.C. §1623) |
| | ) | (18 U.S.C. §2) |
| Defendants. | ) | (15 U.S.C. §77q(a)) |
| | | (15 U.S.C. §77x) |
| | | (15 U.S.C. §78j(b)) |
| | | (15 U.S.C. §78ff(a)) |
| | | (17 C.F.R. §240.10b-5) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy)

### INTRODUCTION

1. At all times material and relevant to this indictment:

   a. The Federal Home Loan Bank Board (Bank Board) was an agency of the United States government established to regulate and supervise savings and loan institutions insured by the Federal Savings and Loan Insurance Corporation (FSLIC). As part of its duties, the Bank Board governed the FSLIC. The Bank Board examined insured institutions to assure that they were operated in a safe and sound manner and in conformity with applicable laws and regulations.

   b. The FSLIC was an agency of the United States established to protect depositors by insuring deposits in member savings and loan institutions in amounts up to $100,000 per account.

   c. The Federal Home Loan Bank of Des Moines was a district bank and member of the Federal Home Loan Bank System. District banks were wholly owned by member savings and loan institutions within a given geographic area. District banks operated within guidelines established by the Bank Board and assisted in carrying out the Bank Board's responsibilities.

FILED June 25, 1990
FRANCIS E. DOSA, CLERK
DEPUTY CLERK'S INITIALS *djd*

#150
DEM

United States District Court

District of Minnesota

|  |  |
|---|---|
| ------------------------------------------- ) | APPELLANT'S AFFIDAVIT RE: |
| ) | MOTION REQUESTING LEAVE |
| ) | TO PROCEED IN FORMA PAUPERIS |
| ) | REGARDING APPELLANT'S |
| City of St. Paul; ) | NOTICE OF REMOVAL AND |
| Plaintiffs, Respondent ) | REMOVAL TO FEDERAL COURT |
| v. ) | AND PETITION FOR IMMEDIATE, |
| ) | TEMPORARY INJUNCTIVE RELIEF |
| Mrs. Sharon Anderson; ) | BARRING TRIAL IN STATE COURT |
| Appellant, Appellant) ) | |
| ) | Administrative Court File: none |
| ) | |
| ) | Federal Court File:_____ |
| ------------------------------------------- | |

State of Minnesota   )SS

County of Dakota   )SS

Affiant, Mrs. Sharon Anderson, having been duly sworn upon oath, deposes and says:

   That Affiant is indigent and in receipt of SSDI for disability.

Subscribed to and sworn before me

this _____ day of April, 2006.

                                                        _____

                                                        Mrs. Sharon Anderson

_____

Notary Public