| | |
|---|---|
| Subj: | **AFFIDAVITS PREJUDICE(MN) JAMES ROSENBAUM_FRANKLIN_NOELJUDICIARYCONDUCT** |
| Date: | 5/6/2006 6:38:09 P.M. Central Daylight Time |
| From: | Sharon4Anderson |
| To: | ecfhelpdesk@mnd.uscourts.gov, helpdesk@fedworld.gov, tim.pawlenty@state.mn.us, attorney.general@state.mn.us, askdoj@usdoj.gov, james.lackner@usdoj.gov, rca@co.ramsey.mn.us, mzack@startribune.com, cdefiebre@startribune.com, tnelson@pioneerpress.com, scoop@pioneerpress.com, pgustafson@startribune.com, sensenbrenner@mail.house.gov, russell.anderson@courts.state.mn.us, fred.grittner@courts.state.mn.us |
| CC: | Sharon4Anderson, eagledahn1 |

> **According to Congress, U.S. Supreme Court case law and Minnesota's canons of judicial ethics, a judge must bow out of hearing any case in which his or her impartiality might reasonably be questioned.  The Minnesota Canons of Judicial Conduct say that judges must avoid all impropriety and appearance of impropriety.  "*The test for appearance of impropriety is whether the conduct would create in reasonable minds a perception that the judge's ability to carry out judicial responsibilities with integrity, impartiality and competence is impaired.*"**

# United States District Court
# District of Minnesota



### TOLL-FREE CM/ECF HELP DESK: 866-325-4975 or 612-664

06cv1607

Related Cases 02-0332(Rosenbaum/Noel)

97- 1258(Montgomery)

22 others on file since 1973

COVA:          03-0639(Clark Dryrud)

**NOTICE AND MOTIONS TO RECUSE WITH**

**PREJUDICE. CHIEF JUDGE**

**JAMES ROSENBAUM, FRANKLIN NOEL FOR**

**PATTERNS OF BAD BEHAVIOR FOR YEARS.**

Saturday, May 06, 2006 America Online: Sharon4Anderson

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNITED STATES OF AMERICA, STATE OF MINNESOTA**

**ALL AGENCIES,Counties of Ramsey,Itasca,Aitkin,CrowWing,**

**City of St. Paul and its City Attorneys, dba Tax Exempt Utilities,District EnergySt. Paul Water Commissioners  , www.bull.com   data warehousing Medical Records,John Doe Mary Roe, individually,severally,and in**

**Official Capacities,       Complaintants_ Title 31 Relatees**

**vs**

**697 Surrey St.- SharonShutOff19Apr06 SharonScarrellaAnderson**  .

Water CaseNumber:4256

Title 26 501(c)3

# *MOTION TO RECUSE*

**Now comes the above named,  VA Widow Sharon Peterson_Chergosky_Scarrella Anderson  and moves to recuse Judge's James Rosenbaum,    Ann Montgomery, Franklin Noel and others as their interests appear, from the above entitled matter under 2**

| | | | | | |
|---|---|---|---|---|---|
| 009335X | ROSENBAUM | JAMES | M | MINNEAPOLIS | MN |

| | | | | | |
|---|---|---|---|---|---|
| 0074561 | MONTGOMERY | ANN | D | MINNEAPOLIS | MN |

| | | | | | |
|---|---|---|---|---|---|
| 0153795 | NOEL | FRANKLIN | L | MINNEAPOLIS | MN |

**MS 176.312Aff Pred**

**8 USCS Sec. 455, and Marshall v**

**Jerrico Inc., 446 US 238, 242, 100 S.Ct. 1610, 64 L. Ed. 2d 182 (1980).**

> **"The neutrality requirement helps to guarantee that life, liberty, or property will not be taken on the basis of an erroneous or distorted conception of the facts or the law."**

Saturday, May 06, 2006 America Online: Sharon4Anderson

**The above is applicable to this court by application of Article VI of the United States Constitution and <u>Stone v Powell</u>, 428 US 465, 483 n. 35, 96 S. Ct. 3037, 49 L. Ed. 2d 1067 (1976).**

> **"State courts, like federal courts, have a constitutional obligation to safeguard personal liberties and to uphold federal law."**

**Also see Minnesota Supreme Court , Judicial Canons listed below.**

**The above mentioned Judge's have in the past deliberately violated our litigant's personal liberties and/or has wantonly refused to provide due process and equal protection to all litigants before the court or has behaved in a manner inconsistent with that which is needed for full, fair, impartial hearings.**

> **Embellezed Filing Fee's re: US Dist 02-0332, Locked Court Doors, when my husband was at Brainard for 1 year........**

> **Which has led to Murder of Cpl Anderson21Sept00**

> **Murder of Steven M. Quale9Feb05**

**The United States Constitution guarantees an unbiased Judge who will always provide litigants with full protection of ALL RIGHTS.   Therefore, Petitioner respectfully demands said judge's recuse themselves in light of the evidence attached as Exhibit 1  detailing prior unethical and/or illegal conduct or conduct which gives Petitioner good reason to believe the above Judge 's cannot hear the above case "s in a fair and impartial manner**

> **The Court for 30 years In re Scarrella for Associate Justice 221NW2d562, has Denied Employment in their Exclusive Franchise, contrary to Separation of Powers Doctrines.**

**July 12, 2002**

[1] **In a related advisory opinion, the Committee analyzes recusal issues arising from a judge's representation by the U.S. Department of Justice in legal proceedings. See Advisory Opinion No. 102.**

[2] **The Committee notes that 28 U.S.C. § 455 contains language substantially similar to Canon 3C (1). However, the charter of the Committee does not permit it to render opinions interpreting section 455. Judges may want to review the judicial interpretation of section 455 by various federal circuits in addition to the advice contained in this opinion.**

C

| | |
|---|---|
| [JUDICIARY POLICIES AND PROCEDURES: CODES OF CONDUCT](#) | |
| [Introduction](#) | |
| [Canon 1.](#) | **A Judge Should Uphold the Integrity and Independence of the Judiciary** |
| [Canon 2.](#) | **A Judge Should Avoid Impropriety and the Appearance of Impropriety in All Activities** |
| [Canon 3.](#) | **A Judge Should Perform the Duties of the Office Impartially and Diligently** |
| [Canon 4.](#) | **A Judge May Engage in Extra-Judicial Activities To Improve the Law, the Legal System, and the Administration of Justice** |
| [Canon 5.](#) | **A Judge Should Regulate Extra-Judicial Activities To Minimize the Risk of Conflict with Judicial Duties** |
| [Canon 6.](#) | **A Judge Should Regularly File Reports of Compensation Received for Law-Related and Extra-Judicial Activities** |
| [Canon 7.](#) | **A Judge Should Refrain from Political Activity** |

[Compliance with the Code of Conduct](#)

[Applicable Date of Compliance](#)

[Checklists for Financial and Other Conflicts of Interest](#) (PDF)

[lick here: JUDICIARY POLICIES AND PROCEDURES: CODES OF CONDUCT](#)

**Further Affiant Sayeth not at this Time:**

**Its Peculiar that any Judge can make Rulings without the State even having [Salute The Troops& Cpl. James R. Anderson USMC:11028855](#) Motions,  Bizzare way to do Justice.**

[USCAVC Docket 03-0639 Sharon L. Anderson](#)

**To Shut off our Water , Basic Necessity off Life is the Absolute last Straw.............   "taking" our Homes not once but numerous times for the past 30 years......**

**VOTE SHARON ANDERSON ATTORNEY GENERAL telfx: 651-776-5835**
Sharon4Anderson@aol.com
[Anderson + Advocates](#) P165913sa1299 [PACER](#)
[CM/ECF](#) [Sharon4Anderson's Legal BlogBriefsAOL](#) [Olmstead v. US GovLawbreaker](#) [Vision America:](#) [US v Cruikshank92US542(1875)Decend to Particulars](#) [Judges As Criminals? OIC](#)